UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CR-17-BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHERWIN ARCHIE | ORDER |

This matter comes before the Court on Government's Motion to Settle and Conform the Record, pursuant to Federal Rule of Appellate Procedure 10(a) and Local Fourth Circuit Rule 10(e). The records are referred to in the Government's motion as "New York State automated records."

Having reviewed the Government's motion and the Defendant's response in opposition, the Government's Motion is DENIED.

SO ORDERED.

This the _15_ day of November, 2013.

The Honorable Terrence W. Boyle
United States District Judge